In the Matter of JULIUS FULLER, Petitioner, v. D. Ross et al., Respondents.— Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Lane, Steuer, Tilzer and Macken, JJ.

In the Matter of PABLO PRADO, Petitioner, v. JAMES LEFF et al., Respondents.— Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Lane, Steuer, Tilzer and Macken, JJ.

In the Matter of MORRIS GOLDSMITH, Petitioner, v. MORRIS E. SPECTOR et al., Respondents.— Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Lane, Steuer, Tilzer and Macken, JJ.

In the Matter of MARIO CONCEPCION, Petitioner, v. SIDNEY ASCH et al., Respondents.— Application for a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Lane, Steuer, Tilzer and Macken, JJ.

In the Matter of ULISES MARTINEZ, Petitioner, v. EDWARD J. GREENFIELD et al., Respondents.— Application for a writ of prohibition unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Lane, Steuer, Tilzer and Macken, JJ.

## (October 4, 1973)

MARGARET SOBOTKA, Respondent, v. STEPHEN SOBOTKA, Appellant.— Order, Supreme Court, New York County, entered on July 2, 1973, so far as appealed from, unanimously modified, on the law and the facts, to the extent of reducing the award of alimony to $150 per week and the award for support of the infant to $150 per week, and, as so modified, the order is otherwise affirmed, without costs and without disbursements. On the present record the awards were excessive to the extent indicated. Concur — Nunez, J. P., Kupferman, Lane, Capozzoli and Macken, JJ.

TODD SHIPYARDS CORPORATION, Appellant, v. T. CLYDE SMITH et al., Respondents.— Order, Supreme Court, New York County, entered on March 20, 1973, unanimously affirmed, without costs and without disbursements. Since we agree that the matter was properly transferred to the Surrogate's Court, Kings County, that part of the order denying summary judgment is affirmed, without prejudice to a renewal of the motion in the Surrogate's Court if the plaintiff is so advised. Concur — Stevens, P. J., Markewich, Nunez, Kupferman and Murphy, JJ.

In the Matter of MARION DAVIS, Petitioner, v. NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES et al., Respondents.— Application for a judgment and/or order pursuant to article 78 of the CPLR and/or section 298 of the Executive Law unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Markewich, J. P., Murphy, Steuer, Tilzer and Capozzoli, JJ.

ANONYMOUS, Respondent, v. ANONYMOUS, Appellant.— Order, Supreme Court, New York County, entered on May 17, 1973, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Nunez, Kupferman and Murphy, JJ.; Markewich, J., concurs on contraint of *Anonymous* v. *Anonymous*, 41 A D 2d 636.